TARTER KRINSKY & DROGIN LLP
ATTORNEYS AT LAW

Robert Wolf
212.216.1159, *Direct Dial*
rwolf@tarterkrinsky.com

September 19, 2014

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 9/23/2014

**By Facsimile (212) 805-7943**

Hon. Edgardo Ramos
United States District Judge
United States District Court for the
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **In re: Gregory Lane Maidman, Debtor**
**(Chapter 7 Case No. 11-12497)**
**Robert L. Geltzer, as Trustee v. Maidman, et al.**
**(Case No. 13-MC-00292 (ER))**

Dear Judge Ramos:

We are counsel to Plaintiff Robert L. Geltzer, as Chapter 7 Trustee of Gregory Lane Maidman, ("Plaintiff") in the above-captioned case. We write in reference to the pending motion before Your Honor (the "Reference Withdrawal Motion"), filed by Defendants Richard Maidman, Mitchel Maidman and Maidman & Mittelman LLP (the "Moving Defendants") to the above-referenced adversary proceeding, pursuant to which they seek withdrawal of the reference to the Bankruptcy Court of certain counts of the Plaintiff's Complaint in the adversary proceeding. Plaintiff hereby consents to the withdrawal of the reference of Counts One, Two, Nineteen, Twenty and Twenty-One of the Complaint (the "Subject Counts"), as requested in the Moving Defendants' Reference Withdrawal Motion.

Plaintiff's Complaint in the adversary proceeding was filed on May 23, 2013, asserting twenty-one (21) causes of action. The Subject Counts in the Complaint which are the subject of the Reference Withdrawal Motion assert against the Moving Defendants causes of action for breaches of fiduciary duties, breaches of contract, an accounting, and turnover of certain profits. As the Moving Defendants state in their papers in support of their Reference Withdrawal Motion, the Subject Counts "are non-core State causes of action" outside the scope of 28 U.S.C. §157(b)(2), as to which withdrawal of the reference to the Bankruptcy Court is proper.

Plaintiff initially opposed the Reference Withdrawal Motion on the grounds that the withdrawal should await the completion of discovery in the adversary proceeding.

NEW YORK OFFICE:
1350 BROADWAY
NEW YORK, NY 10018
TEL: 212. 216. 8000
FAX: 212. 216. 8001

NEW JERSEY OFFICE:
475 WALL STREET
PRINCETON, NJ 08540
TEL: 609. 683. 9494
FAX: 609. 683. 7490

MAIL@TARTERKRINSKY.COM
WWW.TARTERKRINSKY.COM

However, now that all fact discovery is scheduled to be completed very shortly, by October 3, 2014, withdrawal of the reference as to the Subject Counts is now appropriate and Plaintiff consents to this Court's granting of the Reference Withdrawal Motion to that extent.

Withdrawal of the reference is further warranted based on the inclusion of a jury demand in the Answer filed by certain Defendants, including the Moving Defendants, in the adversary proceeding. Plaintiff does not consent to a jury trial before the Bankruptcy Court. Pursuant to Rule 9015(b) of the Federal Rules of Bankruptcy Procedure and 28 U.S.C. §157(e), the express consent of all parties is required before a jury trial can be held before a Bankruptcy Judge.

Accordingly, we respectfully request that this Court grant the pending Reference Withdrawal Motion to the extent of withdrawing the reference of the Subject Counts to the Bankruptcy Court, so that same can be adjudicated by this Court.

Plaintiff's request is without prejudice to Plaintiff's rights to seek to have the remaining counts in the Complaint also adjudicated by this Court on the grounds, among others, of judicial economy and efficiency.

We thank Your Honor for your time and consideration respecting this matter.

Respectfully submitted,
TARTER KRINSKY & DROGIN LLP

Robert Wolf

cc: **By Email:**
Howard Karasik, Esq.
Sherman, Citron & Karasik, P.C.
70 East 55th Street
New York, New York 10022
sckpc@erols.com

Donald N. David, Esq.
Vincent Y. Liu, Esq.
Akerman LLP
666 Fifth Avenue
20th Floor
New York, NY 10103
donald.david@akerman.com
vincent.liu@akerman.com